JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR2, Mortgage Pass-Through Certificates, Series 2006-AR2, its assignees and/or successors,<br><br>        Plaintiff,<br><br>  vs.<br><br>Brenda Bratton Orea, Charlie Orea and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 5:22-cv-00603-JWH (KKx)<br><br>Removed from San Bernardino County Superior Court, Case UDFS1807640<br><br>**ORDER REMANDING CASE TO SUPERIOR COURT** [7] |

The Court has reviewed the Ex Parte Motion to Remand filed by Plaintiff, Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR2, Mortgage Pass-Through Certificates, Series 2006-AR2, its assignees and/or successors. Good cause appearing, this Court finds that the Notice of Removal was untimely and that this Court lacks subject matter jurisdiction over this action. Accordingly, it is hereby **ORDERED** as follows:

1. The Motion to Remand is **GRANTED**.
2. The instant case is **REMANDED** to the California Superior Court, County of San Bernardino.

**IT IS SO ORDERED.**

Dated: June 13, 2022

Hon. John W. Holcomb
United States District Judge